**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 OCT 14  P 12: 20

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| BROADCAST MUSIC, INC; SONGS OF UNIVERSAL, INC. BENNY BIRD COMPANY, INC.; EMI; BLACKWOOD MUCIS, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; SHELLY PEIKEN, AN INDIVIDUAL D/B/A SUSHI TOO MUSIC; UNIVERSAL SONGS OF POLYGRAM INTERNATIONAL, INC.; ROBERT KUYKENDALL; BRET M. SYCHAK, RICHARD A. REAM, AND BRUCE JOHANNESSON, A PARTNERSHIP D/B/A/ CYNIDE PUBLISHING; UNICHAPPEL MUSIC, INC.; JERRY WEINTRAUB AND MILTON T. OKUN, A PARTNERSHIP D/B/A MANAGEMENT THREE MUSIC; PAUL JABARA, AN INDIVIDUAL D/B/A \OLGA MUSIC; FREDERICK DE MANN D/B/A CANDY CASTLE MUSIC; RONDOR MUSIC INTERNATIONAL, INC. D/B/A IRVING MUSIC, INC.; LISA ANNE LOEB D/B/A FURIOUS ROSE MUSIC; AL GREEN MUSIC, INC.; ACUFF-ROSE MUSIC, INC.; STONE DIAMOND MUSIC CORP.; WARNER-TAMERLANE PUBLISHING CORP.; SHERYL SUZANNE CROW D/B/A OLD CROW MUSIC; JEFF TROTT D/B/A TROTTSKY MUSIC; DREAMWORKS MUSIC PUBLISHING LLC D/B/A SONGS OF DREAMWORKS; JASON WADE, AN INDIVIDUAL D/B/A G CHILLS MUSIC; SONGS OF DREAMWORKS; MIKE COSGROVE TYE ZAMORE, TERRY CORSO AND DRYDEN MITCHELL D/B/A KARATE PANTS MUSIC<br><br>Plaintiffs,<br><br>V.<br><br>BUFFALO BILL'S, LLC D/B/A BUFFALO BILL'S AND JOSEPH G. VOLL AND ANTOINETTE VOLL, INDIVIDUALLY,<br><br>Defendants, | CIVIL ACTION NO.: 3:02-cv-1963 (AVC)<br><br><br><br>OCTOBER 14, 2003 |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTION**
**TO MOTION FOR SUMMARY JUDGMENT**

The Defendant's, Buffalo Bill's, LLC d/b/a Buffalo Bill's, Joseph G. Voll and Antoinette Voll, pursuant to Local Rule 7(b), hereby requests an extension of time to file an objection to Plaintiff's Motion for Summary Judgment dated September 22, 2003. In support hereof, the Defendant's, through the undersigned, represents the following:

a) The undersigned has good cause to request the foregoing extension, specifically; the Law Offices of Kevin F. Collins is a two attorney firm. Accordingly, the undersigned associate is getting married on October 25, 2003, and has been preparing the office for her extended absence from October 20, 2003 to November 7, 2003. As a result she has not had the time to adequately prepare an objection to the Plaintiff's Motion. Additionally, she will not have time to prepare said objection until her return from her honeymoon.

b) Despite diligent efforts, the undersigned has not been able to ascertain opposing counsel's position to said extension.

c) This is the first Motion for Extension of Time filed by the Defendant.

WHEREFORE, it is respectfully requested that this Court grant the Defendant's Motion for Extension of Time thereby allowing it 30 days from the date of this motion to file its objection to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Sheila Sinha, ct 23069
Kevin F. Collins, ct 06857
Law Offices of Kevin F. Collins
100 Prospect Street
South Tower, 3rd Floor
Stamford, CT 06901
Tel: (203) 327-5400
Fax: (203) 327-5466
email: sheilsin@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed US mail, First Class, postage prepaid this _14th_ day of October, 2003, to all counsel of record, to wit:

John C. Linderman, Esq.
McCormick, Paulding & Huber, LLP
CityPlace II
185 Asylum Street
Hartford, CT 06103-4102

By:_____
Sheila Sinha