**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BROADCAST MUSIC, INC.; ) <br> SONGS OF UNIVERSAL, INC.; ) <br> BENNY BIRD COMPANY, INC.;EMI ) <br> BLACKWOOD MUSIC, INC.; HIDDEN ) <br> PUN MUSIC, INC.; KISSING BOOTH ) <br> MUSIC, INC.; SHELLY PEIKEN, AN ) <br> INDIVIDUAL D/B/A SUSHI TOO ) <br> MUSIC; UNIVERSAL-SONGS OF ) <br> POLYGRAM INTERNATIONAL, INC.; ) <br> ROBERT KUYKENDALL, BRET M. ) <br> SYCHAK, RICHARD A. REAM, AND ) <br> BRUCE JOHANNESSON, A ) <br> PARTNERSHIP D/B/A CYANIDE ) <br> PUBLISHING; UNICHAPPELL MUSIC, ) <br> INC.; JERRY WEINTRAUB AND ) <br> MILTON T. OKUN, A PARTNERSHIP ) <br> D/B/AMANAGEMENT THREE MUSIC; ) <br> PAUL JABARA, AN INDIVIDUAL ) <br> D/B/A OLGA MUSIC; FREDERICK DE ) <br> MANN D/B/A CANDY CASTLE MUSIC; ) <br> RONDOR MUSIC INTERNATIONAL, ) <br> INC. D/B/A IRVING MUSIC, INC.; ) <br> LISA ANNE LOEB D/B/A FURIOUS ) <br> ROSE MUSIC; AL GREEN MUSIC, ) <br> INC.; ACUFF-ROSE MUSIC, INC.; ) <br> STONE DIAMOND MUSIC CORP.; ) <br> WARNER-TAMERLANE PUBLISHING ) <br> CORP,; SHERYL SUZANNE CROW ) <br> D/B/A OLD CROW MUSIC; JEFF ) <br> TROTT D/B/A TROTTSKY MUSIC; ) <br> DREAMWORKS MUSIC PUBLISHING ) <br> LLC D/B/A SONGS OF DREAMWORKS; ) <br> JASON WADE, AN INDIVIDUAL ) <br> D/B/A G CHILLS MUSIC; SONGS ) <br> OF DREAMWORKS; MIKE COSGROVE, ) <br> TYE ZAMORE, TERRY CORSO AND ) <br> DRYDEN MITCHELL D/B/A KARATE ) <br> PANTS MUSIC, ) <br>                Plaintiffs, ) <br>              v. ) <br> B___ BILL'S LLC D/B/A ) <br> B___ BILL'S AND JOSEPH G. ) <br> V___ AND ANTOINETTE VOLL, ) <br> I___ ___UALLY, ) <br>              Defendants. ) | Civil Action No.: 3:02-cv-1693 (AVC) <br><br><br><br> September 29, 2003 |

**PLAINTIFFS' REQUEST TO DEFER COMPLIANCE WITH PRETRIAL ORDER**

[Handwritten annotation in left margin, rotated:] October 15, 2003. Construed as a motion to file a summary judgment motion outside the deadline set forth in the scheduling order, the motion is granted. Further, the court shall also stay the filing of the pretrial memorandum pending a ruling on the summary judgment motion. In the event the court denies the summary judgment motion, the pretrial memorandum shall be due within 30 days of that ruling. SO ORDERED.

Alfred ___