02CV1693 ENDO

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADCAST MUSIC, INC;<br>SONGS OF UNIVERSAL, INC.<br>BENNY BIRD COMPANY, INC.; EMI;<br>BLACKWOOD MUCIS, INC.; HIDDEN<br>PUN MUSIC, INC.; KISSING BOOTH<br>MUSIC, INC.; SHELLY PEIKEN, AN<br>INDIVIDUAL D/B/A SUSHI TOO<br>MUSIC; UNIVERSAL SONGS OF<br>POLYGRAM INTERNATIONAL, INC.;<br>ROBERT KUYKENDALL; BRET M.<br>SYCHAK, RICHARD A. REAM, AND<br>BRUCE JOHANNESSON, A<br>PARTNERSHIP D/B/A/ CYNIDE<br>PUBLISHING; UNICHAPPEL MUSIC,<br>INC.; JERRY WEINTRAUB AND<br>MILTON T. OKUN, A PARTNERSHIP<br>D/B/A MANAGEMENT THREE MUSIC;<br>PAUL JABARA, AN INDIVIDUAL D/B/A<br>\OLGA MUSIC; FREDERICK DE<br>MANN D/B/A CANDY CASTLE MUSIC;<br>RONDOR MUSIC INTERNATIONAL,<br>INC. D/B/A IRVING MUSIC, INC.;<br>LISA ANNE LOEB D/B/A FURIOUS<br>ROSE MUSIC; AL GREEN MUSIC,<br>INC.; ACUFF-ROSE MUSIC, INC.;<br>STONE DIAMOND MUSIC CORP.;<br>WARNER-TAMERLANE PUBLISHING<br>CORP.; SHERYL SUZANNE CROW<br>D/B/A OLD CROW MUSIC; JEFF<br>TROTT D/B/A TROTTSKY MUSIC;<br>DREAMWORKS MUSIC PUBLISHING<br>LLC D/B/A SONGS OF DREAMWORKS;<br>JASON WADE, AN INDIVIDUAL<br>D/B/A G CHILLS MUSIC; SONGS<br>OF DREAMWORKS; MIKE COSGROVE<br>TYE ZAMORE, TERRY CORSO AND<br>DRYDEN MITCHELL D/B/A KARATE<br>PANTS MUSIC<br>                      Plaintiffs,<br><br>V.<br><br>BUFFALO BILL'S, LLC D/B/A<br>BUFFALO BILL'S AND JOSEPH G.<br>VOLL AND ANTOINETTE VOLL,<br>INDIVIDUALLY,<br>                      Defendants. | CIVIL ACTION NO.: 3:02-cv-1693 (AVC)<br><br><br><br>OCTOBER 14, 2003 |

GRANTED TO AND INCLUDING NOVEMBER 17, 2003.
Alfred V. Covello, U.S.D.J.

October 17, 2003.
SO ORDERED.

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT