## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2003 NOV 17 P 2: 02

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| BROADCAST MUSIC, INC; SONGS OF UNIVERSAL, INC. BENNY BIRD COMPANY, INC.; EMI; BLACKWOOD MUCIS, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; SHELLY PEIKEN, AN INDIVIDUAL D/B/A SUSHI TOO MUSIC; UNIVERSAL SONGS OF POLYGRAM INTERNATIONAL, INC.; ROBERT KUYKENDALL; BRET M. SYCHAK, RICHARD A. REAM, AND BRUCE JOHANNESSON, A PARTNERSHIP D/B/A/ CYNIDE PUBLISHING; UNICHAPPEL MUSIC, INC.; JERRY WEINTRAUB AND MILTON T. OKUN, A PARTNERSHIP D/B/A MANAGEMENT THREE MUSIC; PAUL JABARA, AN INDIVIDUAL D/B/A \OLGA MUSIC; FREDERICK DE MANN D/B/A CANDY CASTLE MUSIC; RONDOR MUSIC INTERNATIONAL, INC. D/B/A IRVING MUSIC, INC.; LISA ANNE LOEB D/B/A FURIOUS ROSE MUSIC; AL GREEN MUSIC, INC.; ACUFF-ROSE MUSIC, INC.; STONE DIAMOND MUSIC CORP.; WARNER-TAMERLANE PUBLISHING CORP.; SHERYL SUZANNE CROW D/B/A OLD CROW MUSIC; JEFF TROTT D/B/A TROTTSKY MUSIC; DREAMWORKS MUSIC PUBLISHING LLC D/B/A SONGS OF DREAMWORKS; JASON WADE, AN INDIVIDUAL D/B/A G CHILLS MUSIC; SONGS OF DREAMWORKS; MIKE COSGROVE TYE ZAMORE, TERRY CORSO AND DRYDEN MITCHELL D/B/A KARATE PANTS MUSIC | CIVIL ACTION NO.: 3:02-cv1963 (AVC) |
| Plaintiffs, | |
| V. | |
| BUFFALO BILL'S, LLC D/B/A BUFFALO BILL'S AND JOSEPH G. VOLL AND ANTOINETTE VOLL, INDIVIDUALLY, | |
| Defendants. | OCTOBER 17, 2003 |

KEVIN F. COLLINS
ATTORNEY AT LAW
100 PROSPECT STREET
SOUTH TOWER - THIRD FLOOR
STAMFORD, CT 06901
(203) 327-5400
FAX NO. (203) 327-5466
JURIS # 102652

### MOTION FOR EXTENSION OF TIME TO FILE OBJECTION
### TO MOTION FOR SUMMARY JUDGMENT

The Defendant's, Buffalo Bill's, LLC d/b/a Buffalo Bill's, Joseph G. Voll and Antoinette Voll, pursuant to Local Rule 7(b), hereby requests an extension of time to file an objection to Plaintiff's Motion for Summary Judgment dated September 22, 2003.  In support hereof, the Defendant's, through the undersigned, represents the following:

a) The undersigned has good cause to request the foregoing extension, specifically; the Law Offices of Kevin F. Collins is a two attorney firm.  Accordingly, the undersigned associate got married on October 25, 2003, and has been out of the office on an extended absence from October 20, 2003 to November 7, 2003.  As a result she has not had the time to adequately prepare an objection to the Plaintiff's Motion

b) The undersigned has spoken to opposing counsel who does not object to the granting of this extension for time.

c)  This is the second Motion for Extension of Time filed by the Defendant, the first was filed on October 14, 2003, and granted by the Court thereby extending the time to file an objection to November 14, 2003.

KEVIN F. COLLINS
ATTORNEY AT LAW
100 PROSPECT STREET
SOUTH TOWER - THIRD FLOOR
STAMFORD, CT 06901
(203) 327-5400
FAX NO. (203) 327-5466
JURIS # 102652

WHEREFORE, it is respectfully requested that this Court grant the Defendant's Motion for Extension of Time thereby allowing it until November 28, 2003, to file its objection to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

*Sheila S Charmoy*

Sheila Sinha Charmoy, ct 23069
Kevin F. Collins, ct 06857
Law Offices of Kevin F. Collins
100 Prospect Street
South Tower, 3rd Floor
Stamford, CT 06901
Tel: (203) 327-5400
Fax: (203) 327-5466
email: sheilsin@aol.com

KEVIN F. COLLINS
ATTORNEY AT LAW
100 PROSPECT STREET
SOUTH TOWER - THIRD FLOOR
STAMFORD, CT 06901
(203) 327-5400
FAX NO. (203) 327-5466
JURIS # 102652

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed US mail, First Class, postage prepaid this 17ᵗᵘ day of November, 2003, to all counsel of record, to wit:

John C. Linderman, Esq.
McCormick, Paulding & Huber, LLP
CityPlace II
185 Asylum Street
Hartford, CT 06103-4102

By: *Sheila S Charmy*
Sheila Sinha Charmoy

KEVIN F. COLLINS
ATTORNEY AT LAW
100 PROSPECT STREET
SOUTH TOWER - THIRD FLOOR
STAMFORD, CT 06901
(203) 327-5400
FAX NO. (203) 327-5466
JURIS # 102652