#33

02CV1963mtnxtnd

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2003 NOV 17 P 2:02

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| BROADCAST MUSIC, INC; SONGS OF UNIVERSAL, INC. BENNY BIRD COMPANY, INC.; EMI; BLACKWOOD MUCIS, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; SHELLY PEIKEN, AN INDIVIDUAL D/B/A SUSHI TOO MUSIC; UNIVERSAL SONGS OF POLYGRAM INTERNATIONAL, INC.; ROBERT KUYKENDALL; BRET M. SYCHAK, RICHARD A. REAM, AND BRUCE JOHANNESSON, A PARTNERSHIP D/B/A/ CYNIDE PUBLISHING; UNICHAPPEL MUSIC, INC.; JERRY WEINTRAUB AND MILTON T. OKUN, A PARTNERSHIP D/B/A MANAGEMENT THREE MUSIC; PAUL JABARA, AN INDIVIDUAL D/B/A \OLGA MUSIC; FREDERICK DE MANN D/B/A CANDY CASTLE MUSIC; RONDOR MUSIC INTERNATIONAL, INC. D/B/A IRVING MUSIC, INC.; LISA ANNE LOEB D/B/A FURIOUS ROSE MUSIC; AL GREEN MUSIC, INC.; ACUFF-ROSE MUSIC, INC.; STONE DIAMOND MUSIC CORP.; WARNER-TAMERLANE PUBLISHING CORP.; SHERYL SUZANNE CROW D/B/A OLD CROW MUSIC; JEFF TROTT D/B/A TROTTSKY MUSIC; DREAMWORKS MUSIC PUBLISHING LLC D/B/A SONGS OF DREAMWORKS; JASON WADE, AN INDIVIDUAL D/B/A G CHILLS MUSIC; SONGS OF DREAMWORKS; MIKE COSGROVE TYE ZAMORE, TERRY CORSO AND DRYDEN MITCHELL D/B/A KARATE PANTS MUSIC<br>Plaintiffs,<br><br>V.<br><br>BUFFALO BILL'S, LLC D/B/A BUFFALO BILL'S AND JOSEPH G. VOLL AND ANTOINETTE VOLL, INDIVIDUALLY,<br>Defendants. | CIVIL ACTION NO.: 3:02-cv1693 (AVC)<br><br><br>OCTOBER 17, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTION
## TO MOTION FOR SUMMARY JUDGMENT

GRANTED.
Alfred V. Covello, U.S.D.J.
November 18, 2003.
SO ORDERED.