*December 2, 2003. GRANTED.*
*SO ORDERED.*
*Alfred V. Covello, U.S.D.J.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

BROADCAST MUSIC, INC; )
SONGS OF UNIVERSAL, INC. )
BENNY BIRD COMPANY, INC.; EMI; )
BLACKWOOD MUCIS, INC.; HIDDEN )
PUN MUSIC, INC.; KISSING BOOTH )
MUSIC, INC.; SHELLY PEIKEN, AN )
INDIVIDUAL D/B/A SUSHI TOO )
MUSIC; UNIVERSAL SONGS OF )
POLYGRAM INTERNATIONAL, INC.; )
ROBERT KUYKENDALL; BRET M. )
SYCHAK, RICHARD A. REAM, AND )
BRUCE JOHANNESSON, A )
PARTNERSHIP D/B/A/ CYNIDE )
PUBLISHING; UNICHAPPEL MUSIC, )
INC.; JERRY WEINTRAUB AND )
MILTON T. OKUN, A PARTNERSHIP )
D/B/A MANAGEMENT THREE MUSIC; )
PAUL JABARA, AN INDIVIDUAL D/B/A )
\OLGA MUSIC; FREDERICK DE )
MANN D/B/A CANDY CASTLE MUSIC; )
RONDOR MUSIC INTERNATIONAL, )
INC. D/B/A IRVING MUSIC, INC.; )
LISA ANNE LOEB D/B/A FURIOUS )
ROSE MUSIC; AL GREEN MUSIC, )
INC.; ACUFF-ROSE MUSIC, INC.; )
STONE DIAMOND MUSIC CORP.; )
WARNER-TAMERLANE PUBLISHING ) CIVIL ACTION NO.: 3:02-cv1693(AVC)
CORP.; SHERYL SUZANNE CROW )
D/B/A OLD CROW MUSIC; JEFF )
TROTT D/B/A TROTTSKY MUSIC; )
DREAMWORKS MUSIC PUBLISHING )
LLC D/B/A SONGS OF DREAMWORKS; )
JASON WADE, AN INDIVIDUAL )
D/B/A G CHILLS MUSIC; SONGS )
OF DREAMWORKS; MIKE COSGROVE )
TYE ZAMORE, TERRY CORSO AND )
DRYDEN MITCHELL D/B/A KARATE )
PANTS MUSIC )
      Plaintiffs, ) November 26, 2003
   V. )
BUFFALO BILL'S, LLC D/B/A )
BUFFALO BILL'S AND JOSEPH G. )
VOLL AND ANTOINETTE VOLL, )
INDIVIDUALLY, )
      Defendants. )

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTION
## TO MOTION FOR SUMMARY JUDGMENT