## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 19  A 9 44

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| BROADCAST MUSIC, INC; SONGS OF UNIVERSAL, INC. BENNY BIRD COMPANY, INC.; EMI; BLACKWOOD MUCIS, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; SHELLY PEIKEN, AN INDIVIDUAL D/B/A SUSHI TOO MUSIC; UNIVERSAL SONGS OF POLYGRAM INTERNATIONAL, INC.; ROBERT KUYKENDALL; BRET M. SYCHAK, RICHARD A. REAM, AND BRUCE JOHANNESSON, A PARTNERSHIP D/B/A/ CYNIDE PUBLISHING; UNICHAPPEL MUSIC, INC.; JERRY WEINTRAUB AND MILTON T. OKUN, A PARTNERSHIP D/B/A MANAGEMENT THREE MUSIC; PAUL JABARA, AN INDIVIDUAL D/B/A \OLGA MUSIC; FREDERICK DE MANN D/B/A CANDY CASTLE MUSIC; RONDOR MUSIC INTERNATIONAL, INC. D/B/A IRVING MUSIC, INC.; LISA ANNE LOEB D/B/A FURIOUS ROSE MUSIC; AL GREEN MUSIC, INC.; ACUFF-ROSE MUSIC, INC.; STONE DIAMOND MUSIC CORP.; WARNER-TAMERLANE PUBLISHING CORP.; SHERYL SUZANNE CROW D/B/A OLD CROW MUSIC; JEFF TROTT D/B/A TROTTSKY MUSIC; DREAMWORKS MUSIC PUBLISHING LLC D/B/A SONGS OF DREAMWORKS; JASON WADE, AN INDIVIDUAL D/B/A G CHILLS MUSIC; SONGS OF DREAMWORKS; MIKE COSGROVE TYE ZAMORE, TERRY CORSO AND DRYDEN MITCHELL D/B/A KARATE PANTS MUSIC<br>                  Plaintiffs,<br>V.<br>BUFFALO BILL'S, LLC D/B/A BUFFALO BILL'S AND JOSEPH G. VOLL AND ANTOINETTE VOLL, INDIVIDUALLY,<br>                  Defendants. | CIVIL ACTION NO.: 3:02-cv1693(AVC)<br><br><br><br>December 18, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE OBJECTION
### TO MOTION FOR SUMMARY JUDGMENT

The Defendant's, Buffalo Bill's, LLC d/b/a Buffalo Bill's, Joseph G. Voll and Antoinette Voll, pursuant to Local Rule 7(b), hereby request an extension of time to file an objection to Plaintiff's Motion for Summary Judgment dated September 22, 2003. In support hereof, the Defendants, through the undersigned, represents the following:

a) The undersigned has good cause to request the foregoing extension, specifically: the Law Offices of Kevin F. Collins is a two attorney firm. The undersigned has taken over the file from his associate and is requesting time to review same. Additionally, the parties are working towards settlement of the matter, and request time to do same.

b) Counsel for the Plaintiff consents to the granting of this extension of time.

c) This is the fourth Motion for Extension of Time filed by the Defendant.

WHEREFORE, it is respectfully requested that this Court grant the Defendant's Motion for Extension of Time thereby allowing it until December 26, 2003 days to file its objection to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Kevin F. Collins, ct 06857
Law Offices of Kevin F. Collins
100 Prospect Street
South Tower, 3rd Floor
Stamford, CT 06901
Tel: (203) 327-5400
Fax: (203) 327-5466
email: kevinfcollinsesq@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed US mail, First Class, postage prepaid this __11th__ day of December, 2003, to all counsel of record, to wit:

John C. Linderman, Esq.
McCormick, Paulding & Huber, LLP
CityPlace II
185 Asylum Street
Hartford, CT 06103-4102

By: _____
Kevin F. Collins