# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 19 A 9: 44

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| BROADCAST MUSIC, INC; SONGS OF UNIVERSAL, INC. BENNY BIRD COMPANY, INC.; EMI; BLACKWOOD MUCIS, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; SHELLY PEIKEN, AN INDIVIDUAL D/B/A SUSHI TOO MUSIC; UNIVERSAL SONGS OF POLYGRAM INTERNATIONAL, INC.; ROBERT KUYKENDALL; BRET M. SYCHAK, RICHARD A. REAM, AND BRUCE JOHANNESSON, A PARTNERSHIP D/B/A/ CYNIDE PUBLISHING; UNICHAPPEL MUSIC, INC.; JERRY WEINTRAUB AND MILTON T. OKUN, A PARTNERSHIP D/B/A MANAGEMENT THREE MUSIC; PAUL JABARA, AN INDIVIDUAL D/B/A \OLGA MUSIC; FREDERICK DE MANN D/B/A CANDY CASTLE MUSIC; RONDOR MUSIC INTERNATIONAL, INC. D/B/A IRVING MUSIC, INC.; LISA ANNE LOEB D/B/A FURIOUS ROSE MUSIC; AL GREEN MUSIC, INC.; ACUFF-ROSE MUSIC, INC.; STONE DIAMOND MUSIC CORP.; WARNER-TAMERLANE PUBLISHING CORP.; SHERYL SUZANNE CROW D/B/A OLD CROW MUSIC; JEFF TROTT D/B/A TROTTSKY MUSIC; DREAMWORKS MUSIC PUBLISHING LLC D/B/A SONGS OF DREAMWORKS; JASON WADE, AN INDIVIDUAL D/B/A G CHILLS MUSIC; SONGS OF DREAMWORKS; MIKE COSGROVE TYE ZAMORE, TERRY CORSO AND DRYDEN MITCHELL D/B/A KARATE PANTS MUSIC | CIVIL ACTION NO.: 3:02-cv1693(AVC) |
| Plaintiffs, | |
| V. | |
| BUFFALO BILL'S, LLC D/B/A BUFFALO BILL'S AND JOSEPH G. VOLL AND ANTOINETTE VOLL, INDIVIDUALLY, | December 18, 2003 |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT

December 22, 2003. GRANTED.
Filed V. Covello, U.S.D.J.
SO ORDERED.

2003 DEC 22 P 12: 18
U.S. DISTRICT COURT
HARTFORD, CT