# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; BENNY BIRD COMPANY, INC.;EMI BLACKWOOD MUSIC, INC.; HIDDEN PUN MUSIC, INC.; KISSING BOOTH MUSIC, INC.; SHELLY PEIKEN, AN INDIVIDUAL D/B/A SUSHI TOO MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; ROBERT KUYKENDALL, BRET M. SYCHAK, RICHARD A. REAM, AND BRUCE JOHANNESSON, A PARTNERSHIP D/B/A CYANIDE PUBLISHING; UNICHAPPELL MUSIC, INC.; JERRY WEINTRAUB AND MILTON T. OKUN, A PARTNERSHIP D/B/AMANAGEMENT THREE MUSIC; PAUL JABARA, AN INDIVIDUAL D/B/A OLGA MUSIC; FREDERICK DE MANN D/B/A CANDY CASTLE MUSIC; RONDOR MUSIC INTERNATIONAL, INC. D/B/A IRVING MUSIC, INC.; LISA ANNE LOEB D/B/A FURIOUS ROSE MUSIC; AL GREEN MUSIC, INC.; ACUFF-ROSE MUSIC, INC.; STONE DIAMOND MUSIC CORP.; WARNER-TAMERLANE PUBLISHING CORP,; SHERYL SUZANNE CROW D/B/A OLD CROW MUSIC; JEFF TROTT D/B/A TROTTSKY MUSIC; DREAMWORKS MUSIC PUBLISHING LLC D/B/A SONGS OF DREAMWORKS; JASON WADE, AN INDIVIDUAL D/B/A G CHILLS MUSIC; SONGS OF DREAMWORKS; MIKE COSGROVE, TYE ZAMORE, TERRY CORSO AND | Civil Action No.: 3:02-cv-1693 (AVC) |

FILED 2003 SEP 23 A 11:19 US DISTRICT COURT HARTFORD CT

3:02cv1693 (AVC). February 24, 2004. On September 23, 2003, the plaintiffs filed a motion for summary judgment. The defendants have not filed any memorandum in opposition to the motion, notwithstanding orders from the court extending the response period. The court, having examined the memorandum of law in support of the motion for summary judgment concludes that, in the absence of an opposition memorandum, the plaintiffs' submission meets the burden of demonstrating that no material issue of fact exists for trial. Amaker v. Foley Co., 274 F.3d 677 (2d Cir. 2001). Accordingly, the plaintiffs' motion for summary judgment (document no. 24) is GRANTED.

SO ORDERED.

Alfred V. Covello, U.S.D.J.