UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROADCAST MUSIC, INC., SONGS OF
UNIVERSAL, INC., BENNY BIRD COMPANY,
INC., EMI BLACKWOOD MUSIC, INC.,
HIDDEN PUN MUSIC, INC., KISSING BOOTH
MUSIC, INC., SHELLY PEIKEN d/b/a SUSHI
TOO MUSIC, UNIVERSAL-SONGS OF
POLYGRAM INTERNATIONAL, INC.,
ROBERT KUYKENDALL, BRET M. SYCHAK,
RICHARD A. REAM and BRUCE             CIVIL NO. 3:02CV01693(AVC)
JAHANNESSON, a partnership, d/b/a CYANIDE
PUBLISHING, UNICHAPPELL MUSIC, INC.,
JERRY WEINTRAUB and MILTON T. OKUN, a
partnership, d/b/a MANAGEMENT THREE
MUSIC, PAUL JABARA d/b/a OLGA MUSIC,
FREDERICK DE MANN d/b/a CANDY CASTLE
MUSIC, RONDOR MUSIC INTERNATIONAL,
INC. d/b/a IRVING MUSIC, INC., LISA ANNE
LOEB d/b/a FURIOUS ROSE MUSIC, AL
GREEN MUSIC, INC., ACUFF-ROSE MUSIC,
INC., STONE DIAMOND MUSIC CORP.,
WARNER TAMERLANE PUBLISHING CORP.,
SHERYL SUZANNE CROW d/b/a OLD CROW
MUSIC, JEFF TROTT d/b/a TROTTSKY
MUSIC, DREAMWORKS MUSIC PUBLISHING
LLC d/b/a SONGS OF DREAMWORKS, JASON
WIDE d/b/a G CHILLS MUSIC, SONGS OF
DREAMWORKS, MIKE COSGROVE, TYE
ZAMORE, TERRY CORSO and DRYDEN
MITCHELL d/b/a KARATE PANTS MUSIC

V.

BUFFALO BILL'S LLC d/b/a BUFFALO
BILL'S, JOSEPH G. VOLL and ANTOINETTE
VOLL

## JUDGMENT

This action having come on for consideration of the plaintiffs' motion for summary

judgment before the Honorable Alfred V. Covello, United States District Judge; and

The Court having considered the full record of the case, including applicable principles of law, and on February 24, 2004, having filed its endorsement granting said motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs.

Dated at Hartford, Connecticut, this 25th day of February, 2004.

                                KEVIN F. ROWE, Clerk

                                By:  /s/ JW
                                      Jo-Ann Walker
                                      Deputy Clerk

EOD: